```
 1          A     Yes.
 2          Q     Okay.  And you guys drove there?
 3          A     Yes.
 4          Q     Okay.  So tell me what you did at
 5    Costco that day.
 6          A     Just shopped as normal.  I remember
 7    there being samples, but just shopping as normal.
 8    And then we stood at the checkout line and that's
 9    it.
10          Q     So the incident that we're here about,
11    where did it happen?
12          A     In the checkout lane.
13          Q     And describe for me in your own words
14    what occurred in the checkout lane at Costco on
15    January 2019?
16          A     I was putting the groceries on the
17    conveyor belt and I felt something strike the back
18    of my head.  And originally I thought it was a
19    bird, I looked over and I said, honey, was that a
20    bird, something hit me in my head.  He said he
21    didn't see anything and I looked up and I saw a
22    man walking with a case of water bottles on his
```